396 A.2d 833

Gordon v. New Hampshire Insurance Company, Appellant.

Argued October 23, 1978. Robert G. Rose, for appellant; Patrick A. Gleason, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 833

Graham v. Bayne, Appellant.

Argued October 25, 1978. Bruno A. Muscatello, for appellant; Norman D. Jaffe, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.